## HARRISON vs. RUSH.

1. A refusal to grant an injunction is not a final determination of the cause, within the meaning of the statute, and an appeal from it will not lie.

### MOTION TO DISMISS APPEAL.

Scott, J., delivered the opinion of the court.

This was a motion to dismiss the appeal in this cause, for the reason that there is no final determination of the matter in controversy between the parties.

The appeal having been taken from a refusal of the court to grant an injunction, it must be dismissed. Such a refusal is no final determination of the cause, within the meaning of the statute. The other judges concurring, the appeal is dismissed.